UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

SHAEMA AL MALY,

              Plaintiff,

vs.

ALBERTO R. GONZALES, Attorney General, et al.,

              Defendant.

C06-1702 MJP

**MINUTE ORDER REASSIGNING CASE**

      Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.

      All future documents filed in this case must bear the cause number C06-1702 MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 4th day of January, 2007

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
      Peter H. Voelker, Deputy Clerk