UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAEMA AL MALY,<br><br>            Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, et al.,<br><br>            Defendants. | No. C06-1702<br><br>ORDER TO SHOW CAUSE |

The Court has reviewed Plaintiff's complaint. The Court hereby ORDERS Defendants to show cause within 30 days why the Court should not grant Plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conduct . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the Court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

ORDER - 1

1   The Clerk is directed to send copies of this order to all counsel of record.

2   Dated ___January 9___, 2007.

/s/ Marsha J. Pechman
Marsha J. Pechman
U.S. District Judge

ORDER - 2